KEVIN V. RYAN (CSBN 118321)
United States Attorney
JAY R. WEILL  (CSBN 75434)
Assistant United States Attorney, Chief, Tax Division
THOMAS MOORE  (ASB 4305-O78T)
Assistant United States Attorney
 10th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone:  (415) 436-6935

Attorneys for United States of America

## IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-05-00150-CW |
| Plaintiff, ) | |
| v. ) | **STIPULATION TO SET TRIAL DATE AND TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT AND ORDER THEREON** |
| JACK E. EASTERDAY, ) | |
| Defendants. ) | |

It is hereby stipulated by and between Plaintiff and Defendant, Jack E. Easterday, through their respective counsel, as follows:

1. That the trial of this matter is scheduled for an eight day jury trial to begin on January 30, 2006 at 8:30 a.m. and the pretrial conference is set for January 23, 2006 at 2:30 p.m. and because no motions, other than motions in limine, will be filed, no date will be set for motions and the motions in limine will be heard at the pretrial conference;

2. That defendant's counsel requires reasonable time to review extensive discovery already produced in this complex tax matter, to prepare this matter for trial; and to prepare witnesses for trial;

///
///
///
///
///

1   3. That the period of delay from June 20, 2005, to January 30, 2006, shall be excluded pursuant to
2   18 U.S.C. § 3161(h)(8)(A) as the ends of justice served by this continuance allowing for continuity of counsel
3   and for adequate trial preparation in this complex tax matter outweigh the best interest of the public and the
4   defendant in a speedy trial.

KEVIN V. RYAN
United States Attorney

THOMAS F. CARLUCCI
Attorney for Jack E. Easterday

THOMAS MOORE
Assistant United States Attorney
Tax Division
Attorneys for Plaintiff

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 6/28/05

/s/ CLAUDIA WILKEN

UNITED STATES DISTRICT JUDGE

STIP. TO SET TRIAL DATE & TO EXCLUDE TIME
UNDER SPEEDY TRIAL ACT & ORDER (No. CR-05-00150-CW)              2