IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JACK E. EASTERDAY<br><br>    Defendant.<br>_____/ | No. CR-05-00150 CW<br><br>ORDER FOR PRETRIAL<br>PREPARATION FOR CRIMINAL<br>JURY TRIAL |

Good cause appearing, it is hereby ordered that:

1. TRIAL DATE

    a. Jury trial will begin on January 30, 2006, at 8:30 A.M., in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, California.

    b. The length of trial will be not more than 8 days.

2. DISCOVERY

    Both sides will comply with the Federal Rules of Criminal Procedure, Crim. L.R. 16-1, and the United States will comply with Brady v. Maryland, 373 U.S. 83 (1963) and United States v. Agurs 427 U.S. 97 (1976).

3. MOTIONS

    Pretrial motions shall be noticed in accordance with Crim. L.R. 47-2 for any available Monday on or before January 23, 2006.

4. **PRETRIAL CONFERENCE**

    a.   A pretrial conference will be held on Monday, January 23, 2006, at 2:30 P.M., in Courtroom 2. It shall be attended by the attorneys who will try the case.

    b.   **Not less than one week prior to the pretrial conference,** counsel shall comply with Crim. L.R. 17.1-1(b).

    c.   Jury instructions §1.1 through §1.12, §3.1 through §3.10 and §7.1 through §7.6 from the <u>Manual of Model Jury Instructions for the Ninth Circuit</u> (2000) will be given absent objection. Counsel shall jointly submit one set of additional proposed jury instructions, ordered in a logical sequence, together with a table of contents, using the Ninth Circuit Manual where possible, or Devitt and Blackmar or CALJIC, **not less than one week prior to the pretrial conference**. Any instructions on which counsel cannot agree shall be marked as "disputed," and shall be included within the jointly submitted instructions and accompanying table of contents, in the place where the party proposing the instruction believes it should be given. Argument and authority for and against each disputed instruction shall be included as part of the joint submission, on separate sheets directly following the disputed instruction. Counsel for the United States shall submit a verdict form. The attached voir dire will be given to the venire members. Counsel should submit an agreed upon set of additional requested voir dire questions to be posed by the Court. Any voir dire questions on which counsel cannot agree shall be submitted separately. Counsel will be allowed brief follow-up voir dire after the Court's questioning.

Any motions <u>in limine</u> should be noticed for hearing at the pretrial conference in accordance with Criminal Local Rule 47-2.

5. <u>JURY SELECTION</u>

The Jury Commissioner will summon 35 to 40 prospective jurors. The Courtroom Deputy will select their names at random and seat them in the courtroom in the order in which their names are called.

Voir dire will be asked of sufficient venire persons so that twelve (plus a sufficient number for alternates) will remain after all peremptory challenges and an anticipated number of hardship dismissals and cause challenges have been made.

The Court will then take cause challenges, and discuss hardship claims from the individual jurors, outside the presence of the venire. The Court will inform the attorneys which hardship claims and cause challenges will be granted, but will not announce those dismissals until the process is completed. Peremptory challenges will be made in writing and passed between counsel in accordance with Crim. L.R. 24-2 and 24-3. The Court will strike the persons with meritorious hardships, those excused for cause, and those challenged peremptorily, and call the first twelve people (plus alternates) in numerical sequence remaining. Those people will be the jury.

Dated: 6/28/05

CLAUDIA WILKEN
United States District Judge

Copies mailed to counsel
on attached sheet

3

# JUROR QUESTIONNAIRE

Please fill out this form as completely as possible and print clearly. Since we want to make copies for the attorneys and the Court, do not write on the back of any page. If you need more room, continue at the bottom of the page. Thank you for your cooperation.

1. Your name: _____

2. Your age: _____

3. The City where you live: _____
   _____

4. Your place of birth: _____

5. Do you rent or own your own home? _____

6. Your marital status: (circle one)

   single     married     separated     divorced     widowed

7. What is your occupation, and how long have you worked in it? (If you are retired, please describe your main occupation when you were working).

   _____
   _____

8. Who is (or was) your employer?

   _____

9. How long have you worked for this employer? _____

10. Please list the occupations of any adults with whom you live.

    _____

11. If you have children, please list their ages and sex and, if they are employed, please give their occupations.

    _____
    _____
    _____

12. Please describe your educational background:

   Highest grade completed: _____

   College and/or vocational schools you have attended:

   _____

   _____

   _____

   _____

   Major areas of study: _____

13. Have you ever served on a jury? _____ No. of times? _____

   If yes: State/County Court _____ Federal Court _____

   When? _____

   Was it a civil or criminal case? _____

   _____

   _____

   Did any of the juries reach a verdict? _____

(Rev. 3/03)

5

# UNITED STATES DISTRICT COURT
## for the Northern District of California

Case No. _____    Date _____

_____ vs. _____

## EXHIBIT LIST

☐ Plaintiff                                    ☐ Defendant

| EXHIBIT NUMBER | DESCRIPTION | SPONSORING WITNESS | DATE | |
|---|---|---|---|---|
| | | | Marked for Identification | Admitted in Evidence |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## Plaintiff's Exhibit Markers

**United States District Court**
**Northern District of California**

π PLAINTIFF π

Case No. _____
Case Title _____
Exhibit No. _____
Date Entered _____

Richard W. Wieking, Clerk
By: _____, Deputy Clerk

---

**United States District Court**
**Northern District of California**

π PLAINTIFF π

Case No. _____
Case Title _____
Exhibit No. _____
Date Entered _____

Richard W. Wieking, Clerk
By: _____, Deputy Clerk

---

**United States District Court**
**Northern District of California**

π PLAINTIFF π

Case No. _____
Case Title _____
Exhibit No. _____
Date Entered _____

Richard W. Wieking, Clerk
By: _____, Deputy Clerk

---

**United States District Court**
**Northern District of California**

π PLAINTIFF π

Case No. _____
Case Title _____
Exhibit No. _____
Date Entered _____

Richard W. Wieking, Clerk
By: _____, Deputy Clerk

## Defendant's Exhibit Markers

**United States District Court**
**Northern District of California**

◄ DEFENDANT ◄

Case No. _____
Case Title _____
Exhibit No. _____
Date Entered _____

Richard W. Wieking, Clerk
By: _____, Deputy Clerk

---

**United States District Court**
**Northern District of California**

◄ DEFENDANT ◄

Case No. _____
Case Title _____
Exhibit No. _____
Date Entered _____

Richard W. Wieking, Clerk
By: _____, Deputy Clerk

---

**United States District Court**
**Northern District of California**

◄ DEFENDANT ◄

Case No. _____
Case Title _____
Exhibit No. _____
Date Entered _____

Richard W. Wieking, Clerk
By: _____, Deputy Clerk

---

**United States District Court**
**Northern District of California**

◄ DEFENDANT ◄

Case No. _____
Case Title _____
Exhibit No. _____
Date Entered _____

Richard W. Wieking, Clerk
By: _____, Deputy Clerk

Counsel shall meet and confer pursuant to Civ. L.R. 30-2(b) and assign blocks of numbers to the exhibits (i.e. Plaintiff 1 - 199; Defendant 200 - 400).
Exhibit Markers should be placed on the lower right-hand corner of the exhibits. Exhibits should be contained within a binder with each exhibit separated by a tabbed page denoting the exhibit number.