**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3409
TELEPHONE: 415.434.4484
FACSIMILE: 415.434.4507

THOMAS F. CARLUCCI, BAR NO. 135767
RUSSELL L. CARLBERG, BAR NO. 221451
ATTORNEYS FOR DEFENDANT JACK E. EASTERDAY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00150 CW |
| Plaintiff, | ORDER GRANTING **JOINT STIPULATION RE: HEARING ON MOTION FOR NEW TRIAL AND BRIEFING SCHEDULE** |
| v. | |
| JACK E. EASTERDAY, | HEARING REQUESTED: April 17, 2006 |
| Defendant. | TIME REQUESTED: 2:30 p.m. |
| | JUDGE: Hon. Claudia Wilken |

Plaintiff, United States of America, by and through its attorney of record, the United States Attorney for the Northern District of California, and Defendant JACK E. EASTERDAY, by and through his counsel of record, Thomas F. Carlucci, Esq., of Foley & Lardner LLP, hereby stipulate and agree that the Hearing for Defendant's Motion for New Trial, pursuant to Federal Rule of Criminal Procedure 33, should be heard on Monday, April 17, 2006, at 2:30 p.m.. The parties agree in accordance with Criminal Local Rule 47-2, that Defendant's moving papers should be filed and served no later than March 27, 2006. The parties further agree that the United States will file and serve its Opposition no later than April 10, 2006. Defendant's reply brief should be filed and served no later than April 13, 2006. The parties respectfully note that after the jury verdict was read on Thursday, February 9, 2006, counsel for Mr. Easterday promptly moved for a new trial and requested an extension of time to file the Rule 33 moving

1  papers. The United States did not object, and the Court granted the extension of time and further
2  ordered the parties to agree to a briefing schedule in advance of the sentencing date of May 15,
3  2006. The parties respectfully submit that the schedule set forth above satisfies the Court's order
4  and request that the Court approve the schedule.

5      IT IS SO STIPULATED.

6  DATE: 2-17-2006    KEVIN V. RYAN
    United States Attorney

8      By: /s/ Thomas Moore
    Thomas Moore

10      Assistant United States Attorney

11  DATE: Feb 17, 2006    FOLEY & LARDNER LLP

13      By: /S/ Russell L. Carlberg
    Thomas F. Carlucci
    Russell L. Carlberg

15      Attorneys for Defendant JACK EASTERDAY

17      IT IS SO ORDERED. The hearing date for Defendant's Motion for New Trial is set for
18  April 17, 2006 at 2:30 p.m.. Defendant's moving papers must be filed and served no later than
19  March 27, 2006. The United States must file and serve its Opposition no later than April 10,
20  2006. Defendant's reply brief must be filed and served no later than April 13, 2006.

21  DATE: 2/22/06

22      By: /s/ Claudia Wilken
    Hon. Claudia M. Wilken
    UNITED STATES DISTRICT JUDGE

JOINT STIPULATION RE: HEARING ON MOTION FOR NEW TRIAL AND BRIEFING SCHEDULE
CASE NO. CR 05-00150 CW
2

SFCA_379211.2