KEVIN V. RYAN (CSBN 118321)
United States Attorney
JAY R. WEILL  (CSBN 75434)
Assistant United States Attorney, Chief, Tax Division
THOMAS MOORE  (ASB 4305-O78T)
Assistant United States Attorney
 10th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone:  (415) 436-6935

Attorneys for United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | **Case No. CR-05-00150-CW** |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **STIPULATION TO EXCLUDE TIME** |
| ) | **UNDER SPEEDY TRIAL ACT** |
| **JACK E. EASTERDAY,** ) | **AND ORDER THEREON** |
| ) | |
| **Defendants.** ) | |
| ) | |

It is hereby stipulated by and between Plaintiff and Defendant, Jack E. Easterday, through their respective counsel, as follows:

1.   For the reason that the trial of this matter is scheduled to begin on October 16, 2006 and because defendant's counsel requires reasonable time to review extensive discovery already produced in this complex tax matter, to prepare this matter for trial; and to prepare witnesses for trial;

///
///
///
///
///
///
///
///

1    2.  That the period of delay from May 31, 2006, to October 16, 2006, shall be excluded
2  pursuant to 18 U.S.C. § 3161(h)(8)(A) as the ends of justice served by this continuance allowing
3  for continuity of counsel and for adequate trial preparation in this complex tax matter outweigh
4  the best interest of the public and the defendant in a speedy trial.

KEVIN V. RYAN
United States Attorney

/s/ Thomas F. Carlucci                             /s/ Thomas Moore
THOMAS F. CARLUCCI                          THOMAS MOORE
Attorney for Jack E. Easterday                 Assistant United States Attorney
                                                              Tax Division
                                                              Attorneys for Plaintiff

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  6/8/06

UNITED STATES DISTRICT JUDGE