1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CASBN 138549)
3  Chief, Criminal Division

4  JAY R. WEILL (CSBN 75434)
   Assistant United States Attorney
5  Chief, Tax Division

6  CYNTHIA STIER (DCBN 423256)
   Assistant United States Attorney
7
   10th Floor Federal Building
8  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
9  Telephone: (415) 436-7000

10 Attorneys for the United States of America

11                UNITED STATES DISTRICT COURT FOR THE

12                    NORTHERN DISTRICT OF CALIFORNIA

13                            OAKLAND DIVISION

14 UNITED STATES OF AMERICA,            )
                                        ) No. CR-05-00150-CW
15          Plaintiff,                  )
         v.                             )
16                                      ) UNITED STATES' APPLICATION
   JACK E. EASTERDAY,                   ) TO RELEASE EXHIBITS AND
17                                      ) ORDER
            Defendant.                  )
18 _____)

19      Plaintiff, United States of America, respectfully requests that the Court direct the Clerk to

20 release its trial exhibits (Plaintiff's Exhibits 1A through 147; 200 through 212; 250 through 268;

21 and 300A through 387) to Steve Martin, Special Agent, Internal Revenue Service, in order to

22 prepare this case for a jury trial currently scheduled for October 10, 2006.  Plaintiff has moved to

23 dismiss its appeal of this Court's Order granting a new

24 //

25 //

26

27

28

trial currently pending before the Circuit Court.  <u>United States v. Easterday</u>, Case No. 06-10411 (9th Cir.).

                              Respectfully submitted,

                              KEVIN V. RYAN
                              United States Attorney

Dated: <u>September 5, 2006</u>        <u>/s/ Cynthia Stier</u>
                              CYNTHIA STIER
                              Assistant United States Attorney
                              Attorneys for the United States

**ORDER**

The Clerk is directed to release Plaintiff's Exhibits 1A through 147;  200 through 212; 250 through 268; and 300A through 387 in the above-captioned case to Steve Martin, Special Agent, Internal Revenue Service.

        9/7/06

Dated:_____    _____
                              THE HONORABLE CLAUDIA WILKEN
                              UNITED STATES DISTRICT  JUDGE