1  THOMAS F. CARLUCCI
   FOLEY & LARDNER, LLP
2  One Maritime Plaza, 6th Floor
   San Francisco, CA 94111-3404
3  (415) 434-4484

4  Attorneys for Defendant
   JACK E. EASTERDAY

5

**RECEIVED**
SEP 13 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**FILED**
SEP 14 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

6              IN THE DISTRICT COURT OF THE UNITED STATES

7              FOR THE NORTHERN DISTRICT OF CALIFORNIA

8                              OAKLAND VENUE

9  UNITED STATES OF AMERICA,              NO. CR 05-00150 CW

10         Plaintiff,                     STIPULATION AND ORDER TO
                                          SHORTEN TIME FOR HEARING ON
11  vs.                                   DEFENDANT'S MOTIONS FOR
                                          SUBSTITUTION OF COUNSEL AND
12  JACK E. EASTERDAY,                    FOR CONTINUANCE

13         Defendant.
                                    /
14

15         It is hereby stipulated by and between the parties through their attorneys

16  of record that the hearing on defendant's motions for substitution of counsel and for a

17  continuance of the jury trial should be held on September 18, 2006 at 2:30 p.m.

18  Dated: September 13, 2006

19

20                                        _____
                                          THOMAS F. CARLUCCI,
21                                        Defendant JACK E. EASTERDAY

22  Dated: September 13, 2006

23

24                                        _____
                                          CYNTHIA STIER,
25                                        Assistant U.S. Attorney

26

                                    1

**ORIGINAL**

ORDER

It is so ordered.

Dated: September 1⁄, 2006

Claudia Wilken, United States
District Court Judge

2

## PROOF OF SERVICE

I am a citizen of the United States. I am over the age of 18 and not a party to the within action; my business address is 5900 Hollis Street, Suite N, Emeryville, California 94608.

On September 13, 2006, I served the foregoing STIPULATION AND ORDER on the following person(s) by placing a true copy thereof enclosed in a sealed envelope and causing the same to be delivered to the following parties:

>Cynthia L. Stier
>Assistant U.S. Attorney
>Office of the United States Attorney
>450 Golden Gate Avenue
>San Francisco, California 94102

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of September, 2006, in Berkeley, Alameda County, California.

_____
RACHEL PEREZ