KEVIN V. RYAN (CSBN 118321)
United States Attorney

JAY R. WEILL (CSBN 75434)
Assistant United States Attorney
Chief, Tax Division

CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney

9th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6888

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | NO.  CR-05-00150-CW |
| **Plaintiff,** ) | |
| ) | **ORDER REGARDING** |
| v. ) | **EXCLUSION OF TIME** |
| ) | |
| **JACK E. EASTERDAY,** ) | |
| **Defendant.** ) | |

**ORDER**

On May 31, 2006, this Court granted Defendant's Motion for a New Trial and scheduled a trial to commence on October 10, 2006. Defendant thereafter moved for Substitution of New Counsel which this Court granted on September 18, 2006. Also on September 18, 2006, this Court granted Defendant's request for a continuance of the trial in order to allow new counsel to effectively prepare for trial. The trial was rescheduled to commence on February 26, 2007.

The parties agreed, and the Court found, that the time between May 31, 2006, through February 26, 2007, is properly excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(8)(A) and (h)(B)(iv). The parties represent and this Court found that the this delay is necessary to allow counsel for the Defendant to effectively prepare for trial. The parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendants in a speedy trial.

1   For the foregoing reasons, and as stated on the record at the hearings on May 31, 2006
2   and September 18, 2006, the Court HEREBY ORDERS the period between May 31, 2006 and
3   February 26, 2007, is excluded from the speedy trial calculation under Title 18, United States
4   Code, Sections 3161(h)(8)(A) and (h)(B)(iv).

6   IT IS SO ORDERED

7   DATED: 9/27/06

_____
CLAUDIA WILKEN
United States District Judge