TED W. CASSMAN (SBN 98932)
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, California 94563
(510) 845-3000

Attorneys for Defendant
JACK E. EASTERDAY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 05-00150 CW |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE |
| JACK E. EASTERDAY      , | OF HEARING |
| Defendants. | |
| _____/ | |

It is hereby stipulated by and between the parties of record that, a hearing on defendant's motions currently scheduled for October 16, 2006 at 2:00 p.m., be continued to October 30, 2006 at 2:30 p.m.

Dated: October 12, 2006                    ARGUEDAS, CASSMAN & HEADLEY, LLP


                                           _____
                                           Ted W. Cassman, attorneys for
                                           Defendant JACK E. EASTERDAY

Dated: October __, 2006



                                           _____
                                           Cynthia Stier, Assistant U.S. Attorney

1

2

**ORDER**

3      It is so Ordered.

4    Dated: October 17, 2006

5

6

_____

7    Claudia Wilken, United States District
     Court Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

1

2       I am a citizen of the United States.  I am over the age of 18 and not a party to the

3    within action; my business address is 5900 Hollis Street, Suite N, Emeryville, California

4    94608.

5

6       On October __ 2006, I caused to be filed and served a copy of:

7    on the following person(s) by placing a true copy thereof enclosed in a sealed envelope and

8    having mailed and faxed the same on the following parties:

9    Cynthia Stier
     U.S. Attorney's Office
10   450 Golden Gate Avenue
     P.O. Box 36055
11   San Francisco CA94102
     Facsimile (415) 436-6748
12

13

14       Executed on October __, 2006, in Berkeley, California.

15

16

17                                              Linda M. Stiglich

18

19

20

21

22

23

24

25

26

27

28