United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JACK EASTERDAY,<br><br>　　　　Defendant.<br>_____/ | No. CR 05-00150 CW<br><br>ORDER TRANSFERRING<br>CASE FOR TRIAL |

　　The trial in the above-captioned case is transferred to the Honorable Charles R. Breyer.  Counsel will be notified by Judge Breyer of a status conference to be held on January 5, 2007.  All hearing dates previously set before this Court will be vacated upon rescheduling by Judge Breyer.

　　IT IS SO ORDERED.


12/21/06　　　　　　　　　　　　　　　　　　*Claudia Wilken*

Dated _____　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　　　　　United States District Judge


cc: CRB