TED W. CASSMAN (SBN 98932)
ARGUEDAS, CASSMAN & HEADLEY
5900 Hollis Street, Suite N
Emeryville, California 94608
Telephone: (510) 654-2000

Lauren Disston, Esq. (SBN 212039)
803 Hearst Avenue
Berkeley, California 94710
(510) 205-3035

Attorneys for Defendant
Jack Easterday

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 05-00150 CRB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF SENTENCING HEARING |
| vs. | |
| JACK EASTERDAY, | |
| Defendant./ | |

It is hereby stipulated by and between the United States and defendant Jack Easterday that the date currently set for the sentencing hearing, June 1, 2007, should be continued to, July 11, 2007, at 10:00 a.m. Said continuance is necessary because of defense counsel's unexpected unavailability. Counsel has informed the probation officer, who concurs in this request.

Dated: June 4, 2007

*/s/ Ted W. Cassman*
TED W. CASSMAN, attorney
For Defendant JACK EASTERDAY

1

DATED: June __, 2007

                                               Jay Weill, Assistant U.S Attorney

**ORDER**

Based upon the parties' stipulation and good cause appearing therefor, it is hereby ORDERED that the date currently set for the sentencing hearing, June 13, 2007, is continued to, July 11, 2007, at 2:15 ~~2:30~~ p.m.

DATED: June 8, 2007

Charles R. Breyer, Judge
United States District Court